AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Brant Griffin and Randi Mondello<br><br>*Plaintiff(s)*<br>v.<br><br>Erlend Olson<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00914-DLM/KK |

**ALIAS SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Erlend Olson
1437 Honeysuckle Dr. NE
Albuquerque, NM 87122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Roger L. Scott, Buchalter, A Professional Corporation
18400 Von Karman Avenue
Suite 800
Irvine, California 92612-0514

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, September 16, 2024

Elizabeth Hernandez
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**SEE ATTACHED EXHIBIT A**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

' I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                *Server's signature*

                                        _____
                                                *Printed name and title*

                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

BN 81294173v1

| Attorney or Party without Attorney:<br>John M. Schultz, Esq. (SBN 153215)<br>BUCHALTER, A Professional Corporation<br>1420 Fifth Avenue Suite 3100<br>Seattle, WA 98101<br>Telephone No: 206-319-7052<br>Attorney For: Plaintiffs | Ref. No. or File No.:<br>G7011-0002 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO ALBUQUERQUE DIVISION |
|---|

| Plaintiff: BRANT GRIFFIN, a resident of Nevada, et al.<br>Defendant: ERLEND OLSON, a resident of New Mexico |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-00914-DLM-KK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ALIAS SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served: ERLEND OLSON, a resident of New Mexico
   b. Person served: Party in item 3.a. | Served under F.R.C.P. Rule 4.

4. Address where the party was served: 1437 Honeysuckle Drive Northeast, Albuquerque, NM 87122

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 18 2024 (2) at: 02:43 PM

6. **Person Who Served Papers:**
   a. Rafael Rodriguez
   b. FIRST LEGAL
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $236.75

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/19/2024
(Date)          (Signature)

PROOF OF SERVICE

11812986
(12103135)