UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

BRANT GRIFFIN, a resident of Nevada;
RANDI MONDELLO, a resident of California,

                Plaintiffs,              Case No. 24-914-DHU-KK

      v.

ERLEND OLSON, a resident of New Mexico,

                Defendant.

## ORDER

The Court, having considered the Motion to Withdraw as Counsel for Plaintiff Randi Mondello (Doc. 23) submitted by the law firm Buchalter APC, finds that the motion is well-taken and should be **GRANTED**.

The Court finds that the instant motion complies with the requirements of Local Rule 83.8.  The Court will grant the motion and will consider Plaintiff Randi Mondello as proceeding *pro se*.  As such, the Court will mail this Order, and all documents that are filed in this case after the date of this Order, to Plaintiff's last known address as provided in the Motion (18921 Ocean Park Lane, Huntington Beach, CA 92648).

**IT IS THEREFORE ORDERED** that Buchalter APC's Motion to Withdraw as Counsel for Plaintiff Randi Mondello is **GRANTED**.  Buchalter APC shall remain counsel of record for Plaintiff Brant Griffin.

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT COURT JUDGE