# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Minutes**

Thursday, March 20, 2025

*Griffin et al v. Olson*

Civ. No. 24-914 DHU/KK

**PLAINTIFFS' ATTORNEY PRESENT:**

**Brant Griffin:**                Roger Scott

**Randi Mondello:**               Did not appear

**DEFENDANT'S ATTORNEY PRESENT:**   Nicholas Sitterly

**TYPE OF PROCEEDING:**   Telephonic Pre-Settlement Status Conference
Time – 18 minutes

**MINUTES:**

- The Court held a joint confidential telephonic pre-settlement status conference in the above-referenced case.
- In light of Mr. Olson's recent detention on related federal criminal charges, and the parties' present settlement positions, the Court determined that the settlement conference cannot proceed as scheduled.
- The parties may reach out to the Court down the road if it would be useful to hold a settlement conference and the Court will then confer with the parties on available dates.