IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANT GRIFFIN, a resident of Nevada;
RANDI MONDELLO, a resident of California,

        Plaintiffs,

v.

ERLEND OLSON, a resident of New Mexico,

        Defendant.

Case No. 24-914-DHU-KK

**ORDER GRANTING STIPULATION
TO JOIN BRANT GRIFFIN IN HIS CAPACITY AS TRUSTEE**

The Court, having considered the Stipulation (Doc. 27) to Join Brant Griffin in his capacity as Trustee of the Brant J. Griffin Living Trust Under Agreement September 26, 2012, and for **GOOD CAUSE** shows orders as follows:

1. Brant Griffin as Trustee of the Brant J. Griffin Living Trust Under Agreement September 26, 2012 shall be joined as a Plaintiff in this matter *in addition to*, Brant Griffin in his individual capacity.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT COURT JUDGE