UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

BRANT GRIFFIN, a resident of Nevada;
RANDI MONDELLO, a resident of California,
    Plaintiffs,

v.                        Case No. 1:24-cv-00914-DLM-KK

ERLEND OLSON, a resident of New Mexico,
    Defendant.

## CONTESTED MOTION TO WITHDRAW

Attorney Nick Sitterly moves to withdraw as counsel in this matter due to a conflict of interest between client and counsel, details about which counsel cannot further disclose. Plaintiff and Defendant have a deadline of fourteen (14) days from the date of service of this motion in which to object to this motion. Failure to timely object will constitute consent to withdrawal.

                      Respectfully submitted,

                      /s/ Nick Sitterly_____
                      Nick Sitterly
                      Attorney for Defendant
                      Sitterly Law Firm, LLC
                      500 Marquette Ave NW
                      Suite 1200
                      Albuquerque, NM 87102
                      (505) 314-1318
                      (866) 610-0455

I hereby Certify that the foregoing pleading
was served via the CM/ECF system on
all parties on May 7, 2025.

/s/ Nick Sitterly
_____

NICK SITTERLY
Attorney for the Defendant