UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

BRANT GRIFFIN, a resident of Nevada;
RANDI MONDELLO, a resident of California,

           Plaintiffs,

  v.                               Case No. 24-914-DHU-KRS

ERLEND OLSON, a resident of New Mexico,

           Defendant.

## STATUS REPORT RE; CRIMINAL CHARGES AGAINST DEFENDANT

Pursuant to the Court's July 7, 2026 Order, Doc. 46, Plaintiff Brant Griffin, hereby provides a status report regarding the criminal charges against Defendant Erlend Olson in *United States v. Olson*, 1:25-cr-0069-RCL (D.D.C. Mar. 13, 2025).

Counsel for Mr. Griffin has been monitoring the *United States v. Olson* matter through a docket tracking subscription through Westlaw. Counsel is notified whenever a docket entry occurs. Based on the docket, both the Government and Defendants continue to be engaged in discovery and motion practice. No trial date appears to have been set.

In addition, on or about June 30, 2026, Olson filed an interlocutory appeal of the trial court's order denying his motion for release from federal custody pending trial. *United States v. Olson*, No. 26-3028 (D. D.C. June 30, 2026). The appeal remains pending.

1

111830559v1

Counsel for Griffin will continue to monitor the matter and provide updates to the Court every three months as ordered.

Dated:  July 31, 2026

BUCHALTER, APC

By:    /s/ Roger L. Scott
    Roger L. Scott
    Counsel for Plaintiff
    Brant Griffin
    18400 Von Karman Ave., Suite 1800
    Irvine, CA 92612
    P:  (949) 760-1121
    F:  (949) 720-0182
    rscott@buchalter.com

2

**PROOF OF SERVICE**

United States District Court of New Mexico – Albuquerque Division
*Brant Griffin and Randi Mondello v. Erlend Olson, et al.*

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER LLP, 18400 Von Karman Avenue, Suite 800, Irvine, CA  92612-0514.  My e-mail address is lchapman@buchalter.com.

On the date set forth below, I served the foregoing document described as:

**STATUS REPORT RE; CRIMINAL CHARGES AGAINST DEFENDANT**

on all other parties and/or their attorney(s) of record to this action by:

☑ **BY ELECTRONIC SERVICE**.  On **July 31, 2026**, I hereby certify that on this date, I electronically filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list.

| Erland Olson<br>3908 Richmond Rd.<br>Warsaw, VA 22572 | Randi Mondello<br>18921 Ocean Park Lane<br>Huntington Beach, CA 92648 |
|---|---|

☑ **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter in Irvine, California on **July 31, 2026**.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on **July 31, 2026**, at Irvine, California.

Loretta Chapman –
lchapman@buchalter.com

/s/ Loretta Chapman
(Signature)

3

111830559v1